Ruben CASTILLO–VARGAS; Ana Luz
Cabanas–Esteban, Petitioners,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 06–71011.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 9, 2009.

Helen B. Zebel, Esq., Law Office of
Charles E. Nichol, San Francisco, CA, for
Petitioner.

Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel Department of
Homeland Security, San Francisco, CA,
Ari Nazarov, Esq., DOJ–U.S. Department
of Justice Civil Div./Office of Immigration
Lit., Washington, DC, for Respondent.

Before: ALARCÓN, TROTT, and
TASHIMA, Circuit Judges.

MEMORANDUM **

Ruben Castillo–Vargas and Ana Luz Ca-
banas–Esteban, husband and wife and na-
tives and citizens of Mexico, petition for
review of the Board of Immigration Ap-
peals' ("BIA") order denying their motion
to reopen removal proceedings based on
ineffective assistance of counsel. We have
jurisdiction under 8 U.S.C. § 1252. We
review for abuse of discretion the denial of
a motion to reopen and review de novo
questions of law, including claims of due
process violations due to ineffective assis-
tance of counsel. *Mohammed v. Gonzales,*
400 F.3d 785, 791–92 (9th Cir.2005). We
deny the petition for review.

We agree with the BIA that the per-
formance of petitioners' former counsel did
not result in prejudice, and thus petition-
ers' claim of ineffective assistance of coun-
sel fails. *See Rojas–Garcia v. Ashcroft,*
339 F.3d 814, 826 (9th Cir.2003) (petitioner
must show prejudice to prevail on an inef-
fective assistance of counsel claim).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.